

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE INTEREST OF I.K. AND E.K., CHILDREN, | § | No. 08-22-00055-CV |
| | § | Appeal from the |
| Appellant, | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2019DCM7783) |
| | § | |

**ORDER**

Pending before the Court is Appellant's Motion to Suspend Briefing Deadline. After further consideration, the motion is GRANTED. Therefore, the Court ORDERS the Court Reporter for the 383rd District Court of El Paso County, Texas, to file the supplemental reporter's record with this Court on or before December 14, 2022. The Appellant is to make the necessary arrangements with the Court Reporter to have the supplemental filed with the Court. The Appellant's brief will be due fourteen days after the supplemental reporter's record is filed.

IT IS SO ORDERED this 29th day of November, 2022.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.